United States Courts
Southern District of Texas
FILED
JUL 0 9 2025
Nathan Ochsner, Clerk of Court

# AMENDED COMPLAINT

Plaintiff: Hongtao Yu

Defendants: Officer Johnson, Officer Sapon, Houston Police Department, John Doe, John Doe 2

Case No. 4:25-cv-02842

## Additional Allegation Against John Doe 2

On or around November 2023, after the plaintiff called 911 to report severe noise harassment and stalking, the call was transferred to another department. The individual who answered (designated as John Doe 2) refused to accept any evidence or initiate a police report.

This refusal caused the plaintiff to feel powerless and terrified during the most intense periods of harassment. The conduct of John Doe 2 not only obstructed the plaintiff's ability to seek legal protection, but also created a chilling effect that made the plaintiff fearful of reporting future incidents. As a result, the plaintiff suffered escalating harassment, psychological distress, and emotional injury.

Date: July 06, 2025

Signature: *Hongtao Yu*



USPS Priority Mail label, $10.10 postage, Origin: 77074, 07/07/25, Expected Delivery 07/08/25. Ship to: STE 5300, 515 RUSK ST, HOUSTON TX 77002-2600. Tracking: 9505 5118 3171 5188 6681 35.

FROM: Hongtao Yu
8715 Bellaire Blv,
Houston, TX 7103

TO: Clerk, U.S. District, Southern District of Texas, Division, 515 Rusk Street, Houston, TX 77002

JUL 09 2025
Nathan Ochsner, Clerk of Court